UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GATEWOOD-CALIFORNIA LLC, <br> Plaintiff, <br> v. <br> MARK CALVERT, Chapter 11 Trustee, <br> Defendant. | Case No. C17-0355RSL <br><br> ORDER STAYING APPEAL |

The bankruptcy dispute underlying this appeal has been settled. Dkt. # 8. This matter and all related deadlines are hereby STAYED so that the parties may seek approval of the settlement terms in Bankr. Case No. 16-11767-CMA. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. In the event that the motion for approval of the settlement is denied, the parties shall immediately notify the Court and request a new briefing schedule.

Dated this 23rd day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING APPEAL